**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery A. Bouchard** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracey L. Bouchard** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number    **15-56691**
(if known)

■ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **AG Management Company, L.L.C.**<br>**31502 Woodward Avenue**<br>**Royal Oak, MI 48073** | **Residential Lease for 1112 Cloverlawn Blvd., Lincoln Park, MI 48146 [former management company Nedearing Properties].** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

15-56691-mlo    Doc 42    Filed 06/17/16    Entered 06/17/16 17:31:39    Page 1 of 3

25th District Court
1475 Cleophus (case # 16L0581-LT)
Lincoln Park, MI 48146


AG Management Company, L.L.C.
31502 Woodward Avenue
Royal Oak, MI 48073


Auto Loans, LLC
9435 Waterstone Blvd.
Suite 140
Cincinnati, OH 45249


Capital One
PO Box 85015
Richmond, VA 23285-5015


Checksmart
1217 S. Reynolds Rd.
Toledo, OH 43615


Comcast
5855 Interface Dr
Ann Arbor, MI 48103-9515


Comenity Bank
PO Box 182125
Columbus, OH 43218-2125


Comenity Bank (game stop)
PO Box 182125
Columbus, OH 43218-2125


Comenity Bank (Meijer)
PO Box 182125
Columbus, OH 43218-2125


Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619


Credit Management
4200 Internationa. Parkway
Carrollton, TX 75007

```
DTE
PO Box 740786
Cincinnati, OH 45274


Henry Ford Hospital
P.O. Box 55-115
Detroit, MI 48255


Nedearing Properties, LLC
3297 Orchard Lake, Suite 208
Keego Harbor, MI 48320


One Stop Cash Advance
3693 Dix Hwy.
Lincoln Park, MI 48146


Paulette Michel
31502 Woodward Avenue
Royal Oak, MI 48073


Payday Loan
c/o AARGON
3025 W. Sahara Ave.
Las Vegas, NV 89102-6094


Verizon
Receivables Management
1135 E. Chocolate Ave.
Hershey, PA 17033
```