UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Jeffery A. Bouchard
Tracey L. Bouchard            Chapter 13
                                        Case No: 15-56691
                                        Honorable Marie L. Oxholm

             Debtors.

_____ /

**Proposed Chapter 13 Plan Modification**

The above referenced Debtors, through their undersigned counsel, propose to modify their confirmed Chapter 13 Plan as follows:

- The Debtors' confirmed Chapter 13 Plan assumed an executory contract with Nedearing Properties, LLC. Nedearing Properties, LLC was provided a 6.1 Claim whereby the Debtors assumed the contract and paid the claim direct.  <u>The Debtors wish their confirmed Chapter 13 Plan to be modified by so that any executory contract they may have with Nedearing Properties, LLC [and or its assigns] be treated as a 6.3 claim.</u>  The reason for the proposed modification is the parties have had numerous disputes, which cannot be resolved to the Debtors' satisfaction. Specifically, the Debtors question the validity of

the executory contract, and monies claimed owed under the contract. Further, the Creditor has sought relief from the Automatic Stay.

That this proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

a. class one administrative claims - Will not be effected as funds will still be available.

b. class two continuing claims - Will not be effected as funds will be available.

c. class three claims - Will not be effected as there are none.

d. class four claims - Will not be effected as there are none.

e. class five claims - Will not be effected as the Trustee is paying the claim to Consumer Portfolio and funds will be available.

f. class six executory contracts or unexpired leases – The Debtor will reject its executory contract with Nedearing Properties, LLC.

g. class seven priority unsecured claims - Will not be effected as there are none.

h. class nine general unsecured claims – Will not be effected.

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Dated: December 29, 2016          /s/ Thomas Paluchniak
                                  Thomas Paluchniak (P70284)
                                  Babut Law Offices, P.L.L.C.
                                  700 Towner Street
                                  Ypsilanti, MI  48198
                                  734-485-7000
                                  tpaluchniak@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Jeffery A. Bouchard
Tracey L. Bouchard

Chapter 13
Case No: 15-56691
Honorable Marie L. Oxholm

Debtors.

_____ /

### Order Granting Proposed Chapter 13 Plan Modification

This matter having come before the Court on the Debtor's proposed Plan modification; no parties having objected, and the Court being duly informed:

**IT IS ORDERED** that the Debtors' Chapter 13 plan is modified to treat the disputed executory contract of Nedearing Properties LLC as a 6.3 claim.

### Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Jeffery A. Bouchard
Tracey L. Bouchard

                              Debtors.

Chapter 13
Case No: 15-56691
Honorable Marie L. Oxholm

_____ /

**<u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>**

    The deadline to file an objection to the attached proposed Chapter 13 plan modification is 21 days after service.

    If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

| | |
|---|---|
| Thomas H. Paluchniak | Tammy Terry |
| Babut Law Office, P.L.L.C. | Chapter 13 Trustee |
| 700 Towner Street | 535 Griswold, Suite 2100 |
| Ypsilanti, MI 48198 | Detroit, MI 48226 |

Date: January 3, 2017

                                                                  /s/ Thomas Paluchniak
                                                                  Thomas Paluchniak (P70284)
                                                                  Babut Law Offices, P.L.L.C.
                                                                  700 Towner Street
                                                                  Ypsilanti, MI 48198
                                                                 734-485-7000
                                                                 tpaluchniak@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Jeffery A. Bouchard
Tracey L. Bouchard                                            Chapter 13
                                                                  Case No: 15-56691
                                                                  Honorable Marie L. Oxholm

                     Debtors.

_____/

**PROOF OF SERVICE**

    Kim Justice hereby certifies that on January 4, 2017, that she served a copy of the

following documents:

- Proposed Chapter 13 Plan Modification,
- Notice of Deadline to Object to Proposed Chapter 13 Plan Modification
- Proposed Order Granting Proposed Chapter 13 Plan Modification
- Proof of Service

Upon:

        TAMMY TERRY
        Chapter 13 Trustee
        535 Griswold
        Suite 2100
        Detroit MI 48226

and all interested parties on the Court matrix via first Class Mail and/or through the ECF

Dated: January 4, 2017                                      /s/ Kim Justice
                                                                         Kim Justice
                                                                         Babut Law Offices, P.L.L.C.
                                                                         700 Towner Street
                                                                         Ypsilanti, MI 48198
                                                                         734-485-7000
                                                                         kim@babutlaw.com