UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Jeffery A. Bouchard
Tracey L. Bouchard

Hon. Maria L. Oxholm
Case Number 15-56691
Chapter 13

    Debtors.
_____/

**STIPULATION TO ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)**

Debtors, Jeffery A. Bouchard and Tracey L. Bouchard, and Creditor Nedearing Properties, LLC by and through their counsel, Aaron J. Scheinfield, hereby stipulate to the entry of the Order Granting Relief from the Automatic Stay and Waiving the Provision of FRBP 4001(a)(3) attached hereto as (Exhibit A).

| | |
|---|---|
| BABUT LAW OFFICE, PLLC | GOLDSTEIN, BERSHAD & FRIED, P.C. |
| /s/ Thomas Paluchniak | /s/ Aaron J. Scheinfield |
| Thomas Paluchniak (P70284) | Aaron J. Scheinfield (P67495) |
| Attorney for Debtors | Attorneys for Creditor |
| 700 Towner Street | 4000 Town Center |
| Ypsilanti, MI 48198 | Suite 1200 |
| 734-485-7000 | Southfield, MI 48075 |
| tpaluchniak@babutlaw.com | (248) 355-5300 |
| | aaron@bk-lawyer.net |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Jeffery A. Bouchard
Tracey L. Bouchard

Hon. Maria L. Oxholm
Case Number 15-56691
Chapter 13

      Debtors.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

      Nedearing Properties, LLC, Landlord, by and through its attorneys Goldstein, Bershad, Fried PC having filed a Motion for Relief From The Automatic Stay with respect to the property located at 1112 Cloverlawn, Lincoln Park, MI 48146 and the Court being in receipt of the Motion, and the Court being fully advised in the premises:

      IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Nedearing Properties, LLC with respect to the property located at 1112 Cloverlawn, Lincoln Park, MI 48146 ("Property") to allow Nedearing Properties, LLC to commence or continue its federal and/or state law rights to the property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).

      (Exhibit A)