UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF: Jeffery & Tracey Bouchard, Debtor(s)

CHAPTER 13
CASE NO: 15-56691
JUDGE: ☐ TUCKER ☒ OXHOLM

**STIPULATION TO WITHDRAW DEBTOR'S** plan modification DN# 49

NOW COMES the Jeffery & Tracey Bouchard and the parties herein having stipulated and agreed that: (DEBTOR'S NAME)

1. On or about 1/4/17, Jeffery & Tracey Bouchard, filed a
   (DATE PLEADING FILED) (DEBTOR'S NAME)

   ☐ Motion to lift stay

   ☒ Other DEBTOR'S plan modification DN#49

2. Bouchard withdraws its Debtor's plan modification
   (DEBTOR'S NAME) (TITLE OF PLEADING)

/s/ Tammy L. Terry /mr
/s/ TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:
/s/ Thomas Plucknik (70287)
Attorney for Debtor(s)
700 Towner
Ypsilanti, MI 48198
734-485-7000
Tplucknik@pjbvtlaw.com