# BABUT LAW OFFICES, PLLC

Attorneys and Counselors at Law

700 Towner Street, Ypsilanti, MI 48198 - (734) 485-7000 Fax (734) 485-6251

William C. Babut, Esq.
J. Gregory Frye, Esq.

October 14, 2018

Clerk of the Court                                    Sent via email and first class mail
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:            Thomas Paluchniak (70284)

Dear Sir or Madam:

Effective October 8, 2018, Thomas Paluchniak is no longer employed with Babut Law Office, PLLC. Please reassign all the cases on the system assigned to Thomas Paluchniak for Babut Law Office, PLLC to William C. Babut.

Please contact me if you have questions.

Very truly yours,

William C. Babut